| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>Dennis J. O'Grady, Esq. (DO-7430)<br>Kevin J. Larner, Esq. (KL-8627)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br><br>Attorneys for Defendants Brown's Farm and Chris Pardue |  |
| In re:<br><br>TARRAGON CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Hon. Donald H. Steckroth, U.S.B.J.<br><br>Case No. 09-10555 (DHS)<br>(Jointly Administered) |
| TARRAGON DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BROWN'S FARM, CHRIS PARDUE, JOHN DOES I THROUGH X and FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendants. | Adv. Pro. No. 09-01867 (DHS) |

## JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages, numbered 2 through 3, is hereby ORDERED.

9/18/09

A pretrial conference having been scheduled pursuant to *Fed. R. Civ. P.* 16(b) and (e), made applicable to these proceedings by *Fed. R. Bankr. P.* 7016, it is ORDERED that

1. All discovery is to be completed by **February 28, 2010**. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for an adjournment of the scheduled trial date.

2. All other motions shall be filed no later than ~~April~~ *March* 30, 2010, and returnable no later than ~~May 31~~ *April 20*, 2010. Late filed motions shall not constitute cause for an adjournment of the scheduled trial date.

3. ☐ (CHECK IF APPLICABLE) The parties agree to pursue mediation to attempt to resolve disputed matters. A separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within ten (10) days.

4. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs ~~if desired by the party~~, and binders with copies of pre-marked exhibits no later than ~~June 30, 2010~~ *May 14, 2010*. The parties anticipate a trial of approximately **2-3 days**.

5. All parties shall bring to the trial sufficient copies of their exhibit lists to provide two to the court and one for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

6. Trial will commence on _May 21, 2010 @ 10:00_ at _____ or as soon thereafter as the matter may be heard, at:

United States Bankruptcy Court
Address: Martin Luther King Courthouse
50 Walnut Street
Newark, NJ 07102
Courtroom #: 3B

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**