**PURCELL, RIES, SHANNON, MULCAHY & O'NEILL**
**One Pluckemin Way**
**P.O. Box 754**
**Bedminster, New Jersey 07921**
**T:** **(908) 658-3800**
**F:** **(908) 658-4659**
**Eflanagan@prsmo.com**
**Klyons@prsmo.com**
**Attorneys for Fidelity National Title Insurance Company**
**Our File No: (644) 19764 – ECF**
**Elizabeth C. Flanagan (ECF4020)**
**Katherine Lyons (KL4787)**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| TARRAGON CORPORATION, et. al. | Hon. Donald H. Steckroth, U.S.B.J. |
| Debtors-in-Possession | Case No.: 09-10555 (DHS) <br> (Jointly Administered) |
| TARRAGON DEVELOPMENT CORPORATION, <br><br> Plaintiff, <br> v. <br><br> BROWN'S FARM, CHRIS PARDUE, JOHN DOES I THROUGH X and FIDELITY NATIONAL TITLE INSURANCE COMPANY, <br><br> Defendants. | Adv. Pro. No.: 09-01867 (DHS) <br><br> **CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH** <br> **D.N.J. LBR 2014-1(a)** |

I certify that on November 19, 2009, I complied with D.N.J. LBR 2014-1(a) by serving defendant Fidelity National Title Insurance Company's Answer on all parties to this Adversary Proceeding by e-filing via the court's Electronic Case Filing System to:

**Attorneys for Defendants Brown's Farm and Chris Pardue**

Dennis J. O'Grady (DO-7430)
Kevin J. Larner (KL-8627)
Riker, Danzig, Scherer, Hyland
 & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

**Attorneys for Tarragon Development Corporation**

Warren A. Usatine, Esq.
Sean M. Lipsky, Esq.
Cole, Schotz, Meisel, Forman
 & Leonard, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800

November 19, 2009         /s/ Katherine Lyons_____
                                         Katherine Lyons (KL-4787)